# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 12, 2014

Robert P. Young, Jr.,
Chief Justice

148674(72)

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SHAWQUANDA BOROM,
      Defendant-Appellant.
_____/

SC: 148674
COA: 313750
Wayne CC: 12-004559-FC

On order of the Chief Justice, the motion of the defendant-appellant to extend the time to file her supplemental brief on the leave application is GRANTED. The supplemental brief submitted on August 5, 2014, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 12, 2014

